[No. 10024–3–III.   Division Three.   June 26, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN GARCIA LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 89–1–00060–5, Albert J. Yencopal, J.,

entered May 19, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.